IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAWY CORREA-PEREZ,<br><br>Defendant. | 8:21–CR–117<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

This matter is before the Court on the Request for Transcript filed by nonparty Jason E. Troia. Filing 148. The request for a transcript is granted, provided Mr. Troia contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied. Accordingly,

IT IS ORDERED:

1. The Request for Transcript, filed by nonparty Jason E. Troia, Filing 148, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this Order to Jason E. Troia at the address provided in Filing 148.

Dated this 6th day of September, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge